# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134410(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN WILLIAM EFFINGER, III,
        Defendant-Appellant.

SC: 134410
COA: 275787
Kent CC: 91-057087-FC

_____/

On order of the Court, the motion for reconsideration of this Court's December 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
                    Clerk

d0317